Russell Brown
CHAPTER 13 TRUSTEE
3838 North Central Avenue
Suite 800
Phoenix, Arizona 85012-1965
602.277.8996
*mail@ch13bk.com*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>DANIELLE RASHAAN ROBINSON,<br><br><br><br>            Debtor. | Chapter 13<br><br>Case No. 2-24-bk-06524 MCW<br><br>**TRUSTEE'S NOTICE OF INTENT TO LODGE DISMISSAL ORDER** |

Russell Brown, Chapter 13 Trustee, pursuant to L.R.B.P. 2084-10(b), provides notice of intent to lodge a dismissal order for failure of the Debtor to comply with the Recommendation or file an objection to the Recommendation and obtain a hearing date. The Trustee could lodge a dismissal order 13 calendar days after serving this Notice. A copy of the proposed Order Dismissing Case is attached.

_____
Russell Brown, Trustee
Rachel Flinn, Esq., Attorney for Trustee

A copy of this Notice of Intent to Lodge Dismissal Order and the proposed order were served by mail or email to the Debtor and Debtor's attorney on the date signed to:

PHOENIX FRESH START

SKOKIE, IL   60076
documents@phxfreshstart.com;tom@nwrelief.com;
faiza@phxfreshstart.com;david@phxfreshstart.com
Attorney for Debtor

DANIELLE RASHAAN ROBINSON
6917 NORTH 71ST AVENUE
APT 2010
GLENDALE, AZ   85303

_____
Dawn Smith

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>DANIELLE RASHAAN ROBINSON,<br><br><br>Debtor. | Chapter 13<br>Case No. 2-24-bk-06524 MCW<br>**ORDER DISMISSING CASE** |

The Trustee having notified the Court that the Debtor failed to comply with the Trustee's Recommendation as required by Local Rule 2084-10, the Court finds cause for dismissing the case pursuant to 11 U.S.C. § 1307(c)(1). The Trustee provides the following reason(s) for lodging a dismissal order:

**Failure to comply with Trustee's Recommendation and to cure the $640.00 plan payment default.**

**NOW, THEREFORE, IT IS ORDERED:**

(A) This case is dismissed and the Clerk of the Court will give notice of the dismissal to all parties in interest;

(B) A motion to reinstate the case may be granted without a hearing if the Trustee approves the proposed reinstatement order. If the Trustee does not approve of reinstatement of the case, the Debtor must set the matter for hearing. L.R.B.P. 2084-17.

(C) The Trustee will retain the funds in the case pending Court approval of the payment of administrative expenses of the attorney for the Debtor. If the Chapter 13 Plan contains an application for payment of administrative expenses and no party in interest filed an objection to the application, then the counsel for the Debtor may lodge an order approving the application within 10 calendar days after the Court enters this Dismissal Order. Alternatively, counsel for the Debtor has 10 calendar days after the Court enters this Dismissal Order to file and notice out a separate fee application to the Trustee and parties in interest. If the attorney for the Debtor fails to timely lodge such Order or file a fee application, the Trustee may pay out the funds according to this Order;

(D) The Trustee is to pay from the funds on hand conduit mortgage payments and any adequate protection payments previously ordered by the Court or as provided in Local Rule 2084-6, then to any allowed administrative expenses. If there is an insufficient amount of funds on hand to pay conduit mortgage payments and adequate protection payments, then the Trustee shall pay such amounts pro rata. After payment of conduit mortgage payments, adequate protection payments, and administrative expenses, the Trustee will return any remaining funds to the Debtor; and

(E) If the Court previously entered a payroll deduction order on the Debtor's wages, then the Court vacates that order.

ORDER SIGNED AND DATED ON PAGE ONE

A copy of the proposed Order was mailed or emailed to:

DANIELLE RASHAAN ROBINSON
6917 NORTH 71ST AVENUE
APT 2010
GLENDALE, AZ 85303

PHOENIX FRESH START

4131 MAIN STREET
SKOKIE, IL 60076-2780
documents@phxfreshstart.com;tom@nwrelief.com;
faiza@phxfreshstart.com;david@phxfreshstart.com
Attorney for Debtor

_____
D Smith
dsmith@ch13bk.com

3

*In re Robinson*
*Case No. 2-24-bk-06524 MCW*
*Order Dismissing Case*

Case 2:24-bk-06524-MCW    Doc 18    Filed 02/05/25    Entered 02/05/25 13:34:15    Desc
Page 2 of 3
Page 5 of 5